IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2025 NOV 12  AM 11: 37

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-CR-1573-KG |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 2422(b): Coercion |
| ) | and Enticement of a Minor; |
| **JUAN JOSE CARDIEL-** ) | |
| **HERNANDEZ, SR.**, a.k.a. Juan Jose ) | Count 2: 18 U.S.C. §§ 2252A(a)(5)(B), |
| Cardiel, Sr., ) | 2252A(b)(2), and 2256: Possession of |
| ) | Child Pornography. |
| Defendant. ) | |

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

Count 1

From on or about January 1, 2024, and continuing to on or about April 16, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **JUAN JOSE CARDIEL-HERNANDEZ, SR., a.k.a. Juan Jose Cardiel, Sr.**, using any facility of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

Count 2

From a date unknown, but no earlier than on or about January 2012, and continuing to on or about December 31, 2014, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **JUAN JOSE CARDIEL-HERNANDEZ, SR., a.k.a. Juan Jose Cardiel, Sr.**, knowingly possessed any material containing child pornography, as defined in 18

U.S.C. § 2256(8), involving a minor, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2422, the defendant, **JUAN JOSE CARDIEL-HERNANDEZ, SR., a.k.a. Juan Jose Cardiel, Sr.**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428: any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to, the following:

 a. a silver IMAC Laptop, serial number CO2CQ68PMNHP;

 b. an iPhone with red case, serial number DX5DXKMWKX;

 c. a tablet with purple case and charger, serial number 2980PU2208Z08834;

 d. a Data Traveler USB;

 e. a Lexar USB with "Devorle Final" written on it;

 f. a Sandisk USB with "Flor Y Canto" written on it;

 g. a Sandisk Eleven USB with "Paisajes" written on it;

 h. a Tashiba USB with "Cancionero" written on it;

 i. a Tashiba USB, with "Famz" written on it;

  j. a Sandisk 1 Xpand Flash Drive Flip;

  k. a Version flip phone, serial number A0000003533083;

  l. a Western Digital hard drive, serial number WMAD11998658;

  m. a Cumbias Molina CD-R;

  n. a black Acer laptop with charger, serial number WSPT02164146FDD3400; and

  o. a black Dell laptop with charger, serial number CH235C2.

Upon conviction of any offense in violation of 18 U.S.C. § 2252A, the defendant, **JUAN JOSE CARDIEL-HERNANDEZ, SR., a.k.a. Juan Jose Cardiel, Sr.**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253: any matter containing visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

  a. a silver IMAC Laptop, serial number CO2CQ68PMNHP;

  b. an iPhone with red case, serial number DX5DXKMWKX;

  c. a tablet with purple case and charger, serial number 2980PU2208Z08834;

  d. a Data Traveler USB;

  e. a Lexar USB with "Devorle Final" written on it;

  f. a Sandisk USB with "Flor Y Canto" written on it;

  g. a Sandisk Eleven USB with "Paisajes" written on it;

  h. a Tashiba USB with "Cancionero" written on it;

  i. a Tashiba USB, with "Famz" written on it;

j. a Sandisk 1 Xpand Flash Drive Flip;

k. a Version flip phone, serial number A0000003533083;

l. a Western Digital hard drive, serial number WMAD11998658;

m. a Cumbias Molina CD-R;

n. a black Acer laptop with charger, serial number WSPT02164146FDD3400; and

o. a black Dell laptop with charger, serial number CH235C2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*MYA 11/3/2025*