# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-1573 KG | UNITED STATES vs. CARDIEL-HERNANDEZ |
|---|---|

**Before The Honorable Gregory B. Wormuth, Chief United States Magistrate Judge**

| Hearing Date: | DECEMBER 9, 2025 | Time In and Out: | 2:07-2:12 P.M./3:14-3:34 P.M. (20 MIN) |
|---|---|---|---|
| Clerk: | KRISTIN SOLIS | Digital Recording: | LCR-ORGAN |
| Defendant: | JUAN JOSE CARDIEL-HERNANDEZ SR. | Defendant's Counsel: | ANDRE POISSANT |
| AUSA: | TANISHA HENSON | Interpreter: | N/A   ☐ Sworn  ☐ Waived |

- ☒ Defendant Sworn          ☐ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Second Superseding Indictment**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **Second Superseding Indictment (Count 2)**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☒ Defendant to Remain in Custody
- ☐ Present conditions of release continued       ☐ Conditions changed to:
- ☒ Presentence Report Ordered       ☐ Expedited (Type III)

Other Matters: **AUSA HENSON NOTES FOR THE RECORD THAT VICTIMS (IN PERSON AND VIA AUDIO STREAMING), CASE AGENT, AND VICTIM'S ADVOCATE ARE PRESENT FOR TODAY'S HEARING.**

**GOVERNMENT TO DISMISS COUNT 1 OF THE INDICTMENT AT SENTENCING.**